# IN THE SUPREME COURT
# STATE OF NORTH DAKOTA

## 2020 ND 263

NBS Consulting, Inc. dba On Point
Management and Whitney Racine,                    Plaintiff and Appellee

      v.

Peirce Harris aka Pierce Harris,                    Defendant and Appellant

      and

All Other Occupants,                    Defendants

## No. 20200203

Appeal from the District Court of Ward County, North Central Judicial District, the Honorable Gary H. Lee, Judge.

AFFIRMED .

Per Curiam.

Remington M. Kostenko and Dean A. Frantsvog, Minot, ND, for plaintiff and appellee; submitted on brief.

Pierce Harris, self-represented, Minot, ND, defendant and appellant; submitted on brief.

**Per Curiam.**

[¶1] Pierce Harris appealed from an order and a judgment evicting him from a property in Minot. Harris argues he was wrongfully evicted and improperly served. Harris failed to provide a transcript, which leaves us with little record to review. "If the record on appeal does not allow a meaningful and intelligent review of the alleged error, we decline to review it." *City of West Fargo v. Olson*, 2007 ND 48, ¶ 1, 734 N.W.2d 342 (quoting *State v. Stockert*, 2004 ND 146, ¶ 13, 684 N.W.2d 605). Harris failed to provide us the opportunity to review his claims in a meaningful and intelligent manner. Therefore, we summarily affirm the district court under N.D.R.App.P. 35.1(a)(7).

[¶2] Jon J. Jensen, C.J.
Gerald W. VandeWalle
Daniel J. Crothers
Lisa Fair McEvers
Jerod E. Tufte